IT IS SO ORDERED.
DATED: June 3, 2016

_____
UNITED STATES DISTRICT JUDGE

FILED
CLERK, U.S. DISTRICT COURT

JUN - 3 2016

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

David Shen, an individual

Plaintiff(s),

v.

Sho Chang Sun (aka Michael Sun), an individual, Betty Wang, an individual, and DOE 1

Defendant(s).

CASE NUMBER

CV15-05539-AB-JPR

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

May 31, 2016.
_____
Date

_____
Signature of Attorney/Party

**NOTE:** *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

David Sher
603 Russell Ave #B,
Monterey Park, CA 91755.

7015 1730 0000 4412 7970

CLERK, U.S. DISTRICT COURT
RECEIVED

JUN 03 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

(AB)

Court Clerk : Carla Badirian
312 North Spring Street,
Los Angeles, CA 90012 — 4701.

U.S. POSTAGE
$3.77
FCM LETTER
91754
Date of sale
06/01
06   2500
08502427
SSK
F2436060 1184206

------ FOLD HERE ------